UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA

-v-

CHRISTPHER ANDREWS,

Defendant.

---------------------------------------- X

26cr180(DLC)

ORDER

DENISE COTE, District Judge:

Having received the defendant's July 17 application for pretrial release, it is hereby

ORDERED that a bail hearing is scheduled for July 24, 2026 at 4:00 PM in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
July 20, 2026

DENISE COTE
United States District Judge