UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

CHRISTPHER ANDREWS,

Defendant.

26cr180(DLC)

ORDER

---

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the bail hearing scheduled for July 24, 2026 is moved to 3:00 PM on the same date in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
July 21, 2026

DENISE COTE
United States District Judge