UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CHRISTOPHER ANDREWS,

Defendant.

26cr180 (DLC)

ORDER

DENISE COTE, District Judge:

For the reasons set forth on the record at the July 24, 2026 bail hearing, it is hereby

ORDERED that defendant Christopher Andrew's motion for bail pending trial is denied and pretrial detention is continued.

Dated: New York, New York
July 24, 2026

DENISE COTE
United States District Judge