UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA

-v-

CHRISTOPHER ANDREWS,

Defendant.

---------------------------------------- X

26cr180(DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the defendant's request for a change of counsel is scheduled for **August 6, 2026 at 11:30 AM** in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
August 3, 2026

DENISE COTE
United States District Judge