UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

UNITED STATES OF AMERICA,

-v-

CHRISTOPHER ANDREWS,

Defendant.

---------------------------------------X

26cr180 (DLC)

ORDER

DENISE COTE, District Judge:

The Court having been informed that the defendant wishes to enter a change of plea, it is hereby

ORDERED that a change of plea hearing is scheduled for **September 15, 2026 at 1:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
September 3, 2026

DENISE COTE
United States District Judge